UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JENNIFER SAGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CETERA FINANCIAL GROUP, INC. and CETERA INVESTMENT SERVICES LLC,

Defendants.

Case No. 3:26-cv-03372-RSH-VET

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

[ECF No. 10]

Before the Court is the Parties' Joint Motion to Extend Time to Respond to Complaint. ECF No. 10. For good cause shown, the Joint Motion is **GRANTED.** Defendants' response to the Complaint is due no later than **August 31, 2026.**

**IT IS SO ORDERED.**

Dated: August 18, 2026

Hon. Robert S. Huie
United States District Judge