**WILLKIE FARR & GALLAGHER LLP**
Matthew M. Gurvitz (SBN 272895)
Email: mgurvitz@willkie.com
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000

Debra Bogo-Ernst (*admitted pro hac vice)*
Email: dernst@willkie.com
300 N. LaSalle Dr.
Chicago, IL 60654
Telephone: (312) 728-9062

Attorney for Defendants
Cetera Financial Group, Inc. and
Cetera Investment Services LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO**

JENNIFER SAGER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CETERA FINANCIAL GROUP, INC. and CETERA INVESTMENT SERVICES LLC,

Defendants.

Case No. 3:26-cv-03372-RSH-VET

Judge: Hon. Robert S. Huie
Courtroom 3B

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

[*Filed concurrently with Memorandum of Points and Authorities, and [Proposed] Order*]

Date: October 5, 2026
Time: *Under Submission
Courtroom: 3B

Action Filed: June 3, 2026
Trial Date: None set

*PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 5, 2026, in Courtroom 3B of the above-captioned court, located at the United States Courthouse, 221 West Broadway, San Diego, California 92101, defendants Cetera Financial Group, Inc. and Cetera Investment Services LLC ("Defendants") will and hereby do move the Court for an order dismissing with prejudice the June 3, 2026 Complaint (ECF No. 1) filed by plaintiff Jennifer Sager ("Plaintiff") pursuant to Federal Rules of Civil 12(b)(6) (the "Motion").

The Motion is made on the grounds that Plaintiff has failed to state a claim for which relief may be granted as to any of the claims for relief alleged therein, as more particularly set forth in the Memorandum of Points and Authorities served and filed herewith.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, as well as all other pleadings and papers on file with the Court in this action, and such further evidence and argument as the Court may permit. The Defendants also submit herewith a Proposed Order.

Pursuant to this Court's rule III.A, this motion is made following the telephonic conference of counsel that took place on August 14, 2026.

Date: August 31, 2026

WILLKIE FARR & GALLAGHER LLP

By: /s/ Debra Bogo-Ernst
Debra Bogo-Ernst
Matthew M. Gurvitz

Attorneys for Defendants
Cetera Financial Group, Inc. and
Cetera Investment Services, LLC