Jason T. Dennett (admitted *pro hac vice*)
**MILBERG, PLLC**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
TEL: 206 949 1190
jdennett@milberg.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330990)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Putative Class*

*[Additional counsel in signature block]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER SAGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CETERA FINANCIAL GROUP, INC., and<br>CETERA INVESTMENT SERVICES LLC,<br><br>Defendants. | Case No. 3:26-cv-00372-RSH-VET<br><br>Judge: Hon. Robert S. Huie<br>Courtroom 3B<br><br>**JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT BY 7 DAYS AND TO SET BRIEFING SCHEDULE**<br><br>Current Deadline: September 21, 2026<br>New Deadline: September 28, 2026<br><br>Action Filed: June 3, 2026 |

Pursuant to Civil Local Rule 7.2 and Judge Huie's Civil Pretrial and Trial Procedures, Plaintiff Jennifer Sager ("Plaintiff") and Defendants Cetera Financial Group, Inc. and Cetera Investment Services LLC ("Defendants") hereby submit this Joint Motion to Extend Plaintiff's Deadline to File an Amended Complaint by 7 Days.

WHEREAS, Plaintiff filed the Class Action Complaint ("Complaint") on June 3, 2026, and served the Complaint on Defendants on June 4, 2026;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, filed a motion to dismiss the Complaint on August 31, 2026;

WHEREAS, Plaintiff chose to amend her complaint in response. That amended complaint is due September 21, 2026;

WHEREAS, the parties conferred on September 18, 2026, and agreed:

1. To extend Plaintiff's deadline to file an amended complaint to September 28, 2026;
2. To set Defendants' response to that amended complaint for October 26, 2026;
3. To set Plaintiff's opposition to any motion to dismiss for November 25, 2026; and
4. To set Defendants' reply in support of any motion to dismiss for December 18, 2026.

Plaintiff contends that good cause exists for this extension: the additional 7 days will allow Plaintiff time to gather client documents and address the issues raised in Defendants' motion to dismiss the Complaint. Further, good cause exists to extend Defendants' deadline to respond to the amended complaint to allow sufficient time to analyze Plaintiff's amendments and respond accordingly.

*[SIGNATURE BLOCK ON FOLLOWING PAGE]*

Date: September 18, 2026

Respectfully submitted,

MILBERG, PLLC

By: *<u>/s/Jason T. Dennett</u>*
Jason T. Dennett (admitted *pro hac vice*)

EDELSBERG LAW, P.A.

By: *<u>/s/ Scott Edelsberg</u>*
Scott Edelsberg, Esq. (CA Bar No. 330990)

*Attorneys for Plaintiff and the Proposed Class*

Date: September 18, 2026

WILLKIE FARR & GALLAGHER LLP

By: *<u>/s/ Debra Bogo-Ernst</u>*
Debra Bogo-Ernst

*Attorneys for Defendants*
*Cetera Financial Group, Inc. and Cetera Investment Services, LLC*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the undersigned hereby certifies that the content of this document is acceptable to counsel for both parties, and that authorization has been obtained to affix the electronic signature of Defendants' counsel to this document.

Date: September 18, 2026

By: */s/Jason T. Dennett*
Jason T. Dennett (admitted *pro hac vice*)